UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL B. SOBAYO,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>HOMEQ SERVICING, OLD REPUBLIC DEFAULT MANAGEMENT SERVICES<br><br>　　　　Defendant(s).<br>　　　　　　　　　　　　　　　　／ | No. C 09-03045 MHP<br><br>**ORDER**<br><br>**Re: Defendants' Motion to Dismiss** |

　　　　Defendants HomeQ Servicing and Old Republic Default Management Services' having noticed a motion to dismiss the complaint in this action for October 26, 2009, and no timely opposition or other response having been filed in accordance with Local R. Civ. P. 7-3(a), the motion is deemed unopposed and GRANTED and the complaint is DISMISSED.

　　　　The Clerk of Court shall close the file.

　　　　IT IS SO ORDERED.

Dated: October 19, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　　MARILYN HALL PATEL
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge
　　　　　　　　　　　　　　　　　　　　　　　　　　Northern District of California